DCP
F.# 2019R01653

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

RICHARD DALE STERRITT, JR.,
    also known as "Richard Richman,"
MICHAEL GREER,
ROBERT MAGNESS,
MARK ROSS, and
ROBYN STRAZA,

                  Defendants.

P R O P O S E D   O R D E R

CR 21-193 (KAM)

Upon the application of MARK J. LESKO, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney David C. Pitluck, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:    Brooklyn, New York
           April 14    , 2021

                                      s/Vera M. Scanlon
                               HONORABLE VERA M. SCANLON
                               UNITED STATES MAGISTRATE JUDGE
                               EASTERN DISTRICT OF NEW YORK