

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DCP
F. #2019R01653

*Select Street Address*
*Select City & State*

April 14, 2021

By E-mail

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Richard Sterritt, et al.
                  Criminal Docket No. 21-193 (KAM)

Dear Judge Scanlon:

        The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                                Respectfully submitted,

                                MARK J. LESKO
                                Acting United States Attorney

            By:        /s/
                      David C. Pitluck
                      Assistant U.S. Attorney
                      (718) 254-6108

Enclosure

cc:    Clerk of Court (by ECF)